**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JUAN CARLOS CRUZ PEREZ,

        Plaintiff,

v.

ICE,

        Defendant.

2:21-cv-00276-RFB-VCF

**ORDER**

Before the Court is *Juan Carlos Cruz Perez v. ICE*, case number 2:21-cv-00276-RFB-VCF.

Under 28 U.S.C. § 1914(a), a filing fee is required to commence a civil action in federal court.

Plaintiff was ordered to pay the full filing fee or file an application to proceed in forma pauperis by May 17, 2022. (ECF No. 3).

No filing fee has been paid and no application to proceed in forma pauperis has been filed.

Accordingly,

IT IS HEREBY ORDERED that this case is administratively closed.

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge.  Objections must be in writing and filed with the Clerk of the Court within fourteen days.  LR IB 3-1, 3-2.  The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.

*Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 18th day of May, 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE